IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-547-2FL

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| v. | ) | |
| ALEJANDRO GARLYNN WILLIAMS | ) | ORDER |
| Defendant | ) | |

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals totals $85.73. The clerk is DIRECTED to pay Domino's Pizza the sum of $85.73.

SO ORDERED, this 10th day of December, 2021.

LOUISE W. FLANAGAN
United States District Judge