IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-547-FL-2

FILED IN OPEN COURT
ON 12/10/21 8cc
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES, )
 )
v. ) VERDICT
 )
ALEJANDRO GARLYNN WILLIAMS )

We, the jury, unanimously find as to the defendant, Alejandro Garlynn Williams:

1. As to **count one** of the indictment (conspiracy to commit access device fraud):

   _____ Not Guilty

   \_\_\_\_G\_\_\_\_ Guilty

2. As to **count two** of the indictment (access device fraud for account ending 6773, Cristy Austin):

   _____ Not Guilty

   \_\_\_\_G\_\_\_\_ Guilty

3. As to **count three** of the indictment, (access device fraud for account ending 1162, Beth Walker):

   _____ Not Guilty

   \_\_\_\_G\_\_\_\_ Guilty

4. As to **count four** of the indictment (access device fraud for account ending 7438, Michael Byrd):

   _____ Not Guilty

   \_\_\_\_G\_\_\_\_ Guilty

5.  As to **count five** of the indictment (access device fraud for account ending 8860, Haley Carter):

    _____ Not Guilty

    ____G____ Guilty

6.  As to **count six** of the indictment (access device fraud for account ending 8296, Robert Wright):

    _____ Not Guilty

    ____G____ Guilty

7.  As to **count seven** of the indictment (access device fraud for account ending 8366, Mereck Nelson):

    _____ Not Guilty

    ____G____ Guilty

8.  As to **count eight** of the indictment (access device fraud for account ending 9140, Steven Wright):

    _____ Not Guilty

    ____G____ Guilty

9.  As to **count nine** of the indictment (access device fraud for account ending 2304, Wanda Wright):

    _____ Not Guilty

    ____G____ Guilty

10. As to **count ten** of the indictment (access device fraud for account ending 7781, Edward Bengtson):

    _____ Not Guilty

    \_\_\_G\_\_\_\_ Guilty

11. As to **count eleven** of the indictment (access device fraud for account ending 5729, Willie McMillan):

    _____ Not Guilty

    \_\_\_G\_\_\_\_ Guilty

12. As to **count twelve** of the indictment (aggravated identity theft, Cristy Austin):

    _____ Not Guilty

    \_\_\_G\_\_\_\_ Guilty

13. As to **count thirteen** of the indictment (aggravated identity theft, Beth Walker):

    _____ Not Guilty

    \_\_\_G\_\_\_\_ Guilty

14. As to **count fourteen** of the indictment (aggravated identity theft, Michael Byrd):

    _____ Not Guilty

    \_\_\_G\_\_\_\_ Guilty

15. As to **count fifteen** of the indictment (aggravated identity theft, Haley Carter):

    _____ Not Guilty

    \_\_\_G\_\_\_\_ Guilty

16. As to **count sixteen** of the indictment (aggravated identity theft, Robert Wright):

    _____ Not Guilty

    ____G____ Guilty

17. As to **count seventeen** of the indictment (aggravated identity theft, Mereck Nelson):

    _____ Not Guilty

    ____G____ Guilty

18. As to **count eighteen** of the indictment (aggravated identity theft, Steven Wright):

    _____ Not Guilty

    ____G____ Guilty

19. As to **count nineteen** of the indictment (aggravated identity theft, Wanda Wright):

    _____ Not Guilty

    ____G____ Guilty

20. As to **count twenty** of the indictment (aggravated identity theft, Edward Bengtson):

    _____ Not Guilty

    ____G____ Guilty

21. As to **count twenty-one** of the indictment (aggravated identity theft, Willie McMillan):

    _____ Not Guilty

    ____G____ Guilty

So say we all, this the __10__ day of December, 2021.

4