IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20CR00547-002FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v ) | |
| ) | |
| ALEJANDRO GARLYNN WILLIAMS, ) | |
| ) | ORDER IN GARNISHMENT |
| Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE EMPLOYEES' CREDIT UNION, ) | |
| ) | |
| Garnishee. ) | |

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon Garnishee. Pursuant to the Writ of Garnishment, Garnishee filed an Answer of the Garnishee on May 19, 2023 [D.E. 164].

Defendant has been notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay funds to Plaintiff pursuant to the following:

1. Account ending in 9534 ("9534") - Garnishee shall pay the full amount of 9534 to Plaintiff. Account 9534 shall be unfrozen and released from the Writ of Garnishment upon payment of the full amount of the account by Garnishee.

2. Account ending in 3079 ("3079") – No payment should be made from 3079. 3079 shall be unfrozen and released from the Writ of Garnishment.

3. Account ending in 3556 ("3556") – No payment should be made from 3556. 3556 shall be unfrozen and released from the Writ of Garnishment.

All payments due to Plaintiff under this Order of Garnishment shall continue until the debt to Plaintiff is paid in full or until Garnishee no longer has custody, possession or control of any property belonging to Defendant or until further Order of this Court.

Checks should be made payable to: **U. S. District Court** and mailed to:

> U.S. District Court
> P.O. Box 25670
> Raleigh, NC 27611

In order to ensure that payments are credited properly, please include Court Number 5:20CR00547-002FL on each check.

SO ORDERED, this the 5th day of July, 2023.

_____
LOUISE W. FLANAGAN
United States District Court Judge